Mario D. Valencia
Nevada Bar No. 6154
**Mario D. Valencia, Attorney at Law, LLC**
40 S. Stephanie St., Suite 201
Henderson, NV 89012
Telephone: (702) 384-7494
Facsimile: (702)384-7545
valencia.mario@gmail.com

Attorney for Defendant
HYUNDAI MOTOR AMERICA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SY VUCIC,<br><br>Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation; HYUNDAI MOTOR COMPANY, a foreign corporation, and DOES I-X AND ROE CORPORATIONS I-X inclusive,<br><br>Defendant. | Case No. 2:26-cv-01512-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sy Vucic ("Plaintiff") and Defendant Hyundai Motor America ("HMA"), by and through their undersigned counsel of record, hereby stipulate and agree that this action, Case No. 2:26-cv-01512-RFB-DJA, shall be dismissed in its entirety, with prejudice. Defendant Hyundai Motor Company ("HMC") was not served with process and has not appeared in this action.

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

Each party shall bear its own attorneys' fees and costs incurred herein.

DATED this 5th day of November 2026.

**MARIO D. VALENCIA, ATTORNEY AT LAW, LLC**

By: /s/ Mario D. Valencia
Mario D. Valencia
Nevada Bar No. 6154
40 S. Stephanie St., Suite 201
Henderson, NV 89012
(702) 384-7494

*Attorney for Defendant Hyundai Motor America*

**PRECISION INJURY LAW**

By: /s/ Thomas Friedman (*w/permission*)
Thomas Friedman
Nevada Bar No. 7708
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900

*Attorneys for Plaintiff Sy Vucic*

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 6, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2026, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was electronically filed with the United States District Court for the District of Nevada. A copy of the foregoing pleading was also served upon the following attorney of record for Plaintiff by e-mail:

Thomas Friedman
PRECISION INJURY LAW
5528 South Fort Apache Road
Las Vegas, NV 89148
Telephone: (702) 942-3900
Facsimile: (702) 942-3901
tom@precisioninjurylaw.com
Attorneys for Plaintiff Sy Vucic

/s/ Mario D. Valenica
MARIO D. VALENCIA